# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mohammed Jaffery, on behalf of himself and others similarly situated, | No.: 1:23-cv-00522-ECC-DJS |
| Plaintiff, | |
| vs. | |
| Health Insurance Plan of Greater New York, | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Mohammed Jaffery ("Plaintiff") and Health Insurance Plan of Greater New York ("Defendant"), through their undersigned counsel, stipulate to the dismissal of this action with prejudice. Each party shall bear that party's own fees and costs.

2

Dated this 10th day of February, 2025

s/ *James L. Davidson*
James L. Davidson
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel: (561) 826-5477
jdavidson@gdrlawfirm.com

Counsel for Plaintiff

/s/ *Jacob W. Stahl*
Maura K. Monaghan, Bar Number: 704525
Jacob W. Stahl, Bar Number: 704524
Attorneys for Defendant
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Fax: (212) 909-6836
E-mail: mkmonaghan@debevoise.com
E-mail: jwstahl@debevoise.com

Counsel for Defendant

**IT IS SO ORDERED:**

_____
Elizabeth C. Coombe
U.S. District Judge

Dated: 2/10/2025
         Syracuse, NY

2